**Order entered April 4, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00277-CV

### NEAL ROUZIER, M.D., Appellant

### V.

### BIOTE MEDICAL, LLC, Appellee

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-09135**

## ORDER

A supplemental clerk's record has been filed in this appeal, but the clerk's record has not. By letter dated March 20, 2019, Dallas County Clerk Felicia Pitre informed the Court the record had not been filed because appellant has not paid for it.

We notified appellant of the outstanding fee the following day and directed him to file written verification he had paid or made arrangements to pay for the record. More than ten days have passed and appellant has not responded. Accordingly, we **ORDER** appellant to file, no later than April 15, 2019, the requested verification. We caution appellant that failure to comply may result in dismissal of the appeal without further notice. *See* Tex. R. App. P. 37.3(b), 42.3(b),(c).

/s/      KEN MOLBERG
         JUSTICE